# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-3068-01-CR-S-DPR |
| Plaintiff, | 18 U.S.C. § 641 |
| v. | (Theft of Government Property) |
| | NMT 1 Year Imprisonment |
| **CHRISTIAN R. GILBERT**, | NMT $100,000 Fine |
| [DOB: 07/15/1996] | NMT 1 Year Supervised Release |
| | Class A Misdemeanor |
| Defendant. | |
| | Mandatory Order of Restitution |
| | $25 Special Assessment |
| | (per count of conviction) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT**:

On or between October 3, 2019, and continuing through on or about February 20, 2020, said dates being approximate, in Taney County, within the Western District of Missouri, the defendant, **CHRISTIAN R. GILBERT**, willfully and knowingly did steal, purloin, and convert to his own use timber, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

Respectfully submitted,
TIMOTHY A. GARRISON
United States Attorney

_____
CASEY CLARK
Assistant United States Attorney

DATED: 8/13/2020
Springfield, Missouri